IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ROWDY WARINER | § |
| | § |
| VS. | § CIVIL 7:23-cv-125 |
| | § |
| | § |
| BULK LOGISTICS INC & | § |
| CHRISTOPHER WILSON | § |

## PLAINTIFF'S THIRD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, Rowdy Wariner hereinafter called "Plaintiff," complaining of and about Bulk Logistics Inc. and Schwerman Trucking Co. and Christopher Wilson and Rogers Cartage Co. hereinafter referred to as "Defendants;" and for cause of action would show unto the Court the following:

1.

Venue is proper in this County because all or a substantial part of the facts giving rise to the Plaintiff's cause of action arose here.

This case was removed from state court on the grounds of diversity of jurisdiction. The Court's jurisdiction is therefore based upon 28 USC § 1332.

3.

The Plaintiff is an individual who resides in Texas. The last three numbers in his social security number are 394 and the last three numbers of his drivers license are 787.

The Defendant Bulk Logistics Inc. is foreign corporation doing business in Texas and operating motor vehicles on Texas highways. It has been served and has answered. Defendant Schwerman Trucking Company is a foreign corporation doing business in Texas and operating motor

vehicles on Texas highways. It has appeared and answered.   Defendant Christopher Wilson is a individual residing in Florida at 3680 Wimbledon Dr. Pensacola, Florida. He has appeared and answered. Defendant Rogers Cartage Co. is a foreign  corporation who operates vehicles in Texas and does business in Texas. It does not maintain an agent for service of process in Texas. Rogers Cartage Co. may be served by serving the registered agent for service in its home state of Wisconsin who is David Leibham 611 S. 28th St. Milwaukee WI 53215. Process should be served by a private process served licensed to serve process in Wisconsin or by the Sheriff or constable in the county of residence of the registered agent.

4.

On or about March 23, 2022 the Plaintiff was injured by the negligence of Christopher Wilson who operated a commercial vehicle in a careless and negligent manner in Wichita County, Texas.  More specifically the Plaintiff was traveling southeast in the right hand lane of Central Freeway in Wichita Falls. Defendant Christopher Wilson was driving a commercial vehicle owned by Bulk Logistics Inc.  Wilson was towing a trailer. Wilson was traveling in the left hand lane and was also heading southeast on Central Freeway and was driving parallel to the Plaintiff. Christopher Wilson attempted to change lanes into the right hand lane. As Wilson came into the Plaintiff's lane he struck the Plaintiff's vehicle.  Christopher Wilson was driving a commercial vehicle that was owned by Bulk Logistics Inc. Wilson was operating the commercial vehicle in the course and scope of his employment with his employers Bulk Logistics Inc. and Schwerman Trucking Company and Rogers Cartage Co.  As a result of the collision with the commercial vehicle being driven by Christopher Wilson the Plaintiff suffered injuries.

5.

Plaintiff's damages were proximately caused by Defendant Wilson's  negligence.

Defendant Wilson was negligent in the following ways:

A.   Defendant Wilson changed lanes when unsafe; and

B.   Defendant Wilson failed to pay attention to traffic conditions.

Some or all of the acts and omissions of Christopher Wilson constitute negligence per se and the Plaintiff is in the class of persons that the laws of Texas concerning the right of way are designed to protect.

6.

Defendant Wilson was an employee of Bulk Logistics Inc. and of Schwerman Trucking Company and of Rogers Cartage Co. at the time of the accident in question and was in the course and scope of his employment. The negligence of Christopher Wilson is imputed to Bulk Logistics Inc. and Schwerman Trucking Company and Rogers Cartage Co. by operation of law. Bulk Logistics Inc. and Schwerman Trucking Company and Rogers Cartage Co. are vicariously liable for the actions of Wilson as a matter of law pursuant to federal regulations and state common law.

7.

As a direct and proximate result of the collision Plaintiff suffered physical injuries and has incurred medical bills and endured pain and suffering and mental anguish and has suffered physical impairment. Plaintiff brings this suit to recover the following the following damages:

A.   Medical care and expenses paid and incurred in the past.

B.   Medical care and expenses which will in all reasonable probability be incurred in the future;

C.   Physical pain and suffering in the past;

D.   Physical pain and suffering in the future;

E.   Physical impairment in the past;

F. Physical impairment which, in all reasonable probability, will be suffered in the future;

G. Mental anguish in the past;

H. Mental anguish in the future;

I. Lost income.

8.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for monetary relief as described above and for all relief to which he may be entitled, together with pre-judgment and post-judgment interest and court costs. Plaintiff prays for general relief.

RESPECTFULLY SUBMITTED,

/s/ Mike Markey
_____
Mike Markey
901 Indiana, Suite 400
Wichita Falls, Texas 76301
(940) 322-5999
Fax (940) 322-3716
TX # 12986930
OK # 16784
e mail: markeyattny@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent to all opposing parties by one of the following means on  3-26-24  :

_____   CERTIFIED MAIL RETURN RECEIPT REQUESTED

_____   HAND DELIVERY

_____   FAX

_____   COURIER

_____   FIRST CLASS MAIL\ PRIORITY MAIL

  x \_\_\_\_   ELECTRONIC SERVICE

_____
         Mike Markey