UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| ROWDY WARINER § | |
|     Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:23-cv-00125-O |
| BULK LOGISTICS INC. et. al., § | |
|     Defendants. § | |
| § | |
| § | |

## ORDER OF DISMISSAL AND FINAL JUDGEMENT

Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss an action for failure to prosecute. FED. R. CIV. P. 41(b). This authority flows from the Court's inherent power to manage its docket. *See, e.g.*, *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). The Court may dismiss a case under Rule 41(b) with or without prejudice. *See Long v. Simmons*, 77 F.3d 878, 880 (5th Cir. 1996). Here, the parties were ordered to mediate on or before May 1, 2024, as set out in the Scheduling Order (ECF No. 22). The Court later issued an Order requiring the parties to submit a mediation report by August, 27, 2024 (ECF No. 30). The parties failed to comply. Also, the parties have missed other deadlines outlined in the Scheduling Order, such as filing pretrial materials. These facts indicate the parties have abandoned this litigation.

Accordingly, the Court hereby **ORDERS** that the action be **DISMISSED without prejudice** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Therefore, this action having come on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED without prejudice** for lack of prosecution and for failure to comply with court orders.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** on this **8th day** of **October, 2024**.

_/s/ Reed O'Connor_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**